AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Jeffrey Emil Groover, | ) | Case No. 13-8038-WM |
| | ) | |
| | ) | |
| Defendant(s) | ) | |

FILED by _____ D.C.
JAN 2 5 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 31, 2012 thru April 2, 2012__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1343) | Wire Fraud |
| and | |
| 18 U.S.C. Section 1028A(a)(1) | Identity Theft |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Roberto Acuna, Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: January 25, 2013

_____
Judge's signature

City and state: __West Palm Beach, Florida__    U.S. Magistrate Judge William Matthewman
Printed name and title

## AFFIDAVIT

I, Roberto Acuna, being duly sworn, state the following:

## INTRODUCTION

1. I am a Special Agent with Internal Revenue Service – Criminal Investigation (hereafter IRS-CI), and have been so employed since 2011. As a Special Agent, I have investigated violations of the Internal Revenue laws and identity theft. I have personally investigated and/or assisted in investigations of these violations.

2. I have received training from the Federal Law Enforcement Training Center (FLETC) in Glynco, Georgia and the National Criminal Investigation Training Academy (NCITA) in Glynco, Georgia. I am currently assigned to the IRS-CI Miami Field Office in West Palm Beach, Florida. I graduated from NCITA's Special Agent Investigative Techniques program in March 2012 where I studied a variety of law enforcement and criminal investigation techniques that involves search and seizure, tax crimes, and other violations of the Internal Revenue laws. In additional to my training and work experience, I hold a Bachelor's Degree in Business Administration/Accounting from Florida Atlantic University.

3. This affidavit is made in support of a criminal complaint against Jeffrey E. GROOVER (hereafter GROOVER). As set forth below, I respectfully submit that there is probable cause to believe that GROOVER: during and in relation to a felony violation of Title 18, United States Code, Section 1343, that is, intentionally participated in a scheme to defraud and used interstate wires in furtherance of the scheme, did knowingly use, without lawful authority, the means of identification of another person in violation of Title 18, United States Code, Section 1028A(a)(1).

4. This affidavit is based on my own personal knowledge, as well as information provided to me by others, including other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included every fact I know about this investigation.

## THE INVESTIGATION

5. On May 11, 2012, TeleCheck Services, Inc. (TeleCheck) informed the United States Government (hereinafter Government) of suspicious activity taking place on the merchant account under the business name of Affordable Pest Protection, Inc. (APP). According to TeleCheck, the merchant account was opened on March 26, 2012 and the suspicious activity started on March 31, 2012 and ended on April 02, 2012. In particular, TeleCheck noted that APP, a provider of extermination and disinfection services with average credit card sales of $4,640.00, had attempted to negotiate several high dollar U.S. Treasury tax refund checks, which were provided to TeleCheck via electronic images.

**TAX REFUND CHECKS**

| Check Number | Name (Payable to) | Amount | Address on Check (City and State) |
|---|---|---|---|
| 3158 17371626 | FC | $ 8,587.49 | Miami, FL |
| 4500 55555368 | JC | $ 7,116.78 | Homestead, FL |
| 3158 11487130 | KJ | $ 10,036.90 | Miami, FL |
| 3158 07796855 | MT | $ 9,640.00 | Miami, FL |
| 0000322030 | WB | $ 1,179.00 | Fort Myers, FL |

-2-

6. TeleCheck debited the U.S. Treasury for the check amounts, but it did not disburse the funds to APP. According to TeleCheck, GROOVER, APP's corporate officer, contacted FF, a TeleCheck analyst, multiple times to inquire about the disbursement of said funds. According to FF, GROOVER identified himself as the owner of APP and stated he had met with each of the named payees on the tax refund checks in person to convert their tax refund checks into pre-paid extermination and disinfection services. GROOVER further explained that he was trying to "mimic" automobile dealerships' promotions by allowing clients to bring him their tax refund checks and apply the refund amounts to pre-paid pest control services.

7. TeleCheck requested that GROOVER provide documentation to support his claim that the refund checks were provided to APP by customers to be converted into pre-paid extermination and disinfection services. According to TeleCheck, GROOVER provided copies of APP invoices billing the above listed payees for services. TeleCheck provided the Government with copies of said invoices. The invoices have "Affordable Pest Protection Inc." as a header with APP's business address and telephone and e-mail contact information. The payee's means of identification (i.e. name and address) that matched each tax refund check was hand written on the invoice, and each invoice has detailed descriptions of the services provided.

8. The above listed tax refund checks were issued as a result of using the payee's means of identification to submit the Federal tax returns. The Federal tax returns were filed electronically with use of the interstate wires. It is unclear who filed the Federal tax returns; however, according to TeleCheck, GOOVER had the tax refund checks in his possession and transmitted them to TeleCheck for negotiation.

-3-

**VICTIMS**

9. Interviews of victims revealed that none of the victims had any business association with GROOVER or APP.

10. Public records revealed that FC died on April 21, 2008 in Broward County, Florida. On September 7, 2012, your affiant and another Government agent interviewed AS, FC's stepdaughter and the informant on his Florida Certificate of Death. AS stated there would be no reason for a federal income tax return to be filed on FC's behalf after his death. According to AS, FC never lived at the address shown on the U.S. Treasury check payable to FC. The U.S. Treasury check was endorsed using FC's social security number, date of birth and his Florida driver's license number.

11. On September 28, 2012, Government agents interviewed JC at her residence in Waterford, Michigan. JC stated to agents that she was aware that she was a victim of identity theft. She stated she became aware when she was unable to file her Federal tax return because a tax return had already been filed in her name. JC reviewed the U.S. Treasury check made payable to her and the Federal income tax return that claimed the U.S. Treasury tax refund check. JC stated she did not file the federal tax return, did not authorize anyone to use her personal information to file the return for her, did not receive the tax refund U.S. Treasury check, and she did not recognize the address on the U.S. Treasury check.

12. On September 7, 2012, your affiant and another Government agent interviewed KJ at her residence. KJ reviewed the U.S. Treasury check made payable to her and the account transcript for the tax period/return that claimed the U.S. Treasury tax refund check. KJ stated she did not file

the federal tax return, she did not authorize anyone to prepare or file the federal tax return, she did not provide or authorize the use of her name, social security number, or date of birth to prepare or file the tax return, did not receive the tax refund U.S. Treasury check, and did not recognize the address on the U.S. Treasury check.

13. On October 16, 2012, Government agents interviewed MT at his residence in Hines, Oregon. MT stated he has never owned or rented property in Florida. MT reviewed the U.S. Treasury check made payable to him and the Federal income tax return that claimed the U.S. Treasury tax refund check. MT stated he did not file the federal tax return, did not authorize anyone to use his personal information to file the return for him, did not receive the tax refund U.S. Treasury check, and did not recognize the address on the U.S. Treasury check.

14. On September 28, 2012, your affiant and another Government agent interviewed WB at her place of residence in Tampa, Florida. WB reviewed the New Capital Bank refund anticipation loan check made payable to her and the Federal income tax return that claimed the tax refund. WB stated she did not file the federal tax return, she did not authorize anyone to prepare or file the federal tax return, she did not provide or authorize the use of her name, social security number, or date of birth to prepare or file the tax return, did not receive the tax refund check, and did not recognize the address on the tax refund check.

## CONCLUSION

14. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that GROOVER during and in relation to a felony violation of Title 18, United States Code, Section 1343, that is, intentionally participated in a scheme to defraud and used interstate

wires in furtherance of the scheme, did knowingly use, without lawful authority, the means of identification of another person in violation of Title 18, United States Code, Section 1028A(a)(1).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
Roberto Acuna
Special Agent
Internal Revenue Service, Criminal Investigation

Sworn to and subscribed before me
this 25th day of January, 2013.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

—6—

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  13-8038-WM

UNITED STATES OF AMERICA

vs.

JEFFREY EMIL GROOVER,

        Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?    _____ Yes   __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?    _____ Yes   __X__ No

                Respectfully submitted,

                WIFREDO A. FERRER
                UNITED STATES ATTORNEY

BY: _____
                EMALYN WEBBER
                ASSISTANT UNITED STATES ATTORNEY
                Emalyn.Webber@usdoj.gov
                Florida Bar No. 407501
                500 S. Australian Avenue, Suite 400
                West Palm Beach, FL 33401-6235
                Tel:  (561) 820-8711
                Fax: (561) 820-8777